FILED
JAN 30 2024
CLERK U.S. DISTRICT COURT
NORFOLK, VA

FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

UNITED STATES OF AMERICA )
) CASE NO. 4:24mj9
v. )
) COURT DATE: February 12, 2024
JAMES E. THOMAS )

## CRIMINAL INFORMATION

### CHARGE ONE
Ticket No. E1050734

THE UNITED STATES ATTORNEY CHARGES:

That on or about December 4, 2023, at Joint Base Langley Eustis Air Force Base, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of the United States and in the Eastern District of Virginia, JAMES E. THOMAS, unlawfully entered Joint Base Langley Eustis through the La Salle gate. (In violation of Title 18, United States Code, Section 1382)

JESSICA D. ABER
United States Attorney

BY: *[signature]*
Tara T. Trull
Special Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Phone: (757) 764-3275
Email: tara.trull@us.af.mil

## CERTIFICATE OF SERVICE

I, Tara T. Trull, hereby certify that on 30 January 2024, I caused a true and correct copy of the foregoing criminal information to be given to the defendant, JAMES E THOMAS

JESSICA D. ABER
United States Attorney

BY: _____
Tara T. Trull
Special Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Phone: (757) 764-4117
Email: joshua.stuckey.2@us.af.mil